IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>MCDANIEL, JOHNNY NEAL AND CHERYL ANITA<br><br>                    Debtors. | Case No. 09-16875<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **Claimant** | **Amount** |
|---|---|
| Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000<br>Oklahoma City, OK  73102-7471 | $.08 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: November 17, 2010                      s/Joel Hall
                                              Joel C. Hall, #13643
                                              3030 Oklahoma Tower
                                              210 West Park Avenue
                                              Oklahoma City, OK  73102
                                              (405) 232-3800